FRANCIS A. DIKE, Respondent, *v.* WILLIAM LONG, as Survivor, etc., Appellant.

(Argued April 25, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order which reversed a judgment in favor of defendant entered upon the report of a referee.

*J. B. & G. B. Adams* for appellant.

*Abbott & Abbott* for respondent.

Agree to reverse judgment of General Term and to affirm that entered on report of referee; no opinion.

All concur.

Judgment accordingly.